UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 4:06-CR-8 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| RICKYE PACK | ) | |

**O R D E R**

On March 5, 2007, United States Magistrate Judge William B. Carter received a report of Defendant's forensic evaluation (Court File No. 365), which was filed under seal at Defendant's request. (Court File Nos. 363, 364.)

On April 3, 2007, Defendant filed a waiver of competency hearing (the "Waiver") (Court File No. 372). After reviewing the forensic report and considering the Waiver, Judge Carter submitted a Report and Recommendation ("R&R"), which finds Defendant is not suffering from a severe mental disorder for which he would need custody for care and treatment in any special facility or Federal Medical Center (Court File No. 373). The R&R also recommends Defendant receive substance abuse treatment while incarcerated. Defendant filed no objections to the R&R.

Accordingly, this Court **ACCEPTS** and **ADOPTS** Judge Carter's R&R (Court File No. 373). The Court will make a note for Defendant's sentencing, and include a recommendation to the Bureau of Prisons that Defendant receive substance abuse treatment.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**